IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | CIVIL ACTION NO. H-11-2573 |
| v. | § | CRIMINAL NUMBER H-08-569-02 |
| | § | |
| MALON JACKSON, | § | |
| | § | |
| Defendant/Movant. | § | |

### ORDER

Pending before the court is Movant's *Pro Se* Motion and Request for Leave to File Traverse In Reply to Government's Response In Opposition to Motion to Vacate Pursuant to 28 U.S.C. § 2255 (Docket Entry No. 243 in Crim. No. H-08-569-02). Having carefully considered the motion the court is persuaded that it should be and is hereby **GRANTED**. Movant, Malon Jackson, may file a response to the Government's Answer to Section 2255 Motion, Motion to Dismiss, and Motion for Summary Judgment (Docket Entry No. 242) by October 21, 2011.

**SIGNED** at Houston, Texas, this 16th day of September, 2011.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE