IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff/Respondent, | § § | CIVIL ACTION NO. H-11-2573 |
| v. | § § | (Criminal Number H-08-569-02) |
| MALON JACKSON, | § § | |
| Defendant/Movant. | § § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting the Government's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Because none of the claims raised by Jackson make a substantial showing of the denial of a constitutional right, she is **DENIED** a certificate of appealability.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 3rd day of November, 2011.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE