AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Southern__ District of __Texas__

FILED JAN 3 2012 David J. Bradley, Clerk of Court

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Malcom Jackson__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☒ Yes        ☐ No        (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Dublin Satellite prison camp__
   Are you employed at the institution? __yes__   Do you receive any payment from the institution? __yes__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☐ Yes        ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Family. I have 100.00 FRP payment that I have to pay each month.

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I do have three kids 18 and under Samuel 18, Sevonna 14 Seyohnne 11. At the present time I'm not able to provide support.

I declare under penalty of perjury that the above information is true and correct.

12/23/2011                    Mal Jackson
_____                   _____
Date                          Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

✎AO 240A  (Rev. 12/03)

# UNITED STATES DISTRICT COURT

Southern                            Texas
_____  **District of**  _____

|  |  |
|---|---|
| Plaintiff | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| V. |  |
| Defendant | CASE NUMBER: |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

  ☐ The clerk is directed to file the complaint.

  ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this _____ day of _____, _____.

_____
Signature of Judge

_____
Name and Title of Judge

# Deposits

| Inmate Reg #: | 18049097 | Current Institution: | Dublin FCI |
|---|---|---|---|
| Inmate Name: | JACKSON, MALON | Housing Unit: | DUB-S-B |
| Report Date: | 12/23/2011 | Living Quarters: | S02-032U |
| Report Time: | 12:06:15 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Sender Last Name | Sender Zip |
|---|---|---|---|---|---|
| 12/22/2011 8:03:27 AM | Western Union | $50.00 | 33306012 | HARRIS | 31709 |
| 12/16/2011 5:03:09 AM | Lockbox - CD | $100.00 | 70198201 | SMITH | 77591 |
| 12/12/2011 5:02:46 AM | Western Union | $50.00 | 33305212 | HARRIS | 95823 |
| 12/6/2011 1:43:30 PM | Payroll - IPP | $14.40 | LIPP1111 | | |
| 12/4/2011 5:04:29 AM | Western Union | $85.00 | 33304712 | THOMAS | 94589 |
| 11/29/2011 8:03:16 AM | Western Union | $60.00 | 33304312 | HARRIS | 95823 |
| 11/21/2011 1:05:16 PM | Western Union | $30.00 | 33303712 | HARRIS | 95823 |
| 11/14/2011 11:03:44 AM | Western Union | $30.00 | 33303212 | HARRIS | 95823 |
| 11/4/2011 5:03:36 PM | Western Union | $150.00 | 33302612 | HARRIS | 95823 |
| 11/4/2011 10:37:01 AM | Payroll - IPP | $10.80 | LIPP1011 | | |
| 10/31/2011 11:03:57 AM | Western Union | $60.00 | 33302212 | HARRIS | 95823 |
| 10/24/2011 6:03:09 PM | Western Union | $60.00 | 33301712 | HARRIS | 95823 |
| 10/15/2011 1:03:18 PM | Western Union | $50.00 | 33301112 | HARRIS | 31709 |
| 10/11/2011 1:07:27 PM | Western Union | $50.00 | 33300812 | HARRIS | 95823 |
| 10/7/2011 6:30:29 AM | Payroll - IPP | $19.20 | LIPP0911 | | |
| 10/4/2011 5:03:22 AM | Western Union | $200.00 | 33300312 | HARRIS | 95823 |
| 9/27/2011 10:03:18 AM | Western Union | $50.00 | 33311011 | HARRIS | 95817 |
| 9/18/2011 11:03:18 AM | Western Union | $50.00 | 33310411 | HARRIS | 95823 |
| 9/12/2011 1:04:06 PM | Western Union | $50.00 | 33309911 | HARRIS | 95823 |
| 9/8/2011 8:33:36 AM | Payroll - IPP | $13.80 | KIPP0811 | | |
| 9/6/2011 11:04:19 AM | Western Union | $100.00 | 33309511 | THOMAS | 94589 |
| 8/29/2011 4:03:33 PM | Western Union | $75.00 | 33308911 | HARRIS | 95823 |
| 8/29/2011 1:03:28 PM | Western Union | $150.00 | 33308911 | DAVIS | 94510 |
| 8/23/2011 6:03:11 PM | Western Union | $50.00 | 33308511 | THOMAS | 94589 |
| 8/15/2011 3:04:16 PM | Western Union | $50.00 | 33307911 | THOMAS | 94589 |
| 8/10/2011 11:03:25 AM | Western Union | $50.00 | 33307611 | HARRIS | 95823 |
| 8/8/2011 12:50:38 PM | Payroll - IPP | $13.20 | KIPP0711 | | |
| 8/4/2011 2:03:23 PM | Western Union | $100.00 | 33307211 | THOMAS | 94589 |
| 8/1/2011 1:04:11 PM | Western Union | $75.00 | 33306911 | HARRIS | 95823 |
| 7/28/2011 2:03:07 PM | Western Union | $30.00 | 33306711 | THOMAS | 94589 |
| 7/13/2011 5:02:45 AM | Western Union | $50.00 | 33305611 | GREY | 94544 |
| 7/8/2011 3:04:44 PM | Western Union | $50.00 | 33305311 | BRADSHAW | 94589 |
| 7/7/2011 11:05:24 AM | Payroll - IPP | $13.20 | KIPP0611 | | |
| 7/5/2011 5:02:45 AM | Western Union | $100.00 | 33305011 | HARRIS | 95823 |
| 7/2/2011 12:03:42 PM | Western Union | $60.00 | 33304811 | HARRIS | 31709 |
| 6/30/2011 5:02:27 AM | Western Union | $40.00 | 33304711 | HARRIS | 95823 |
| 6/23/2011 5:02:57 AM | Western Union | $50.00 | 33304211 | HARRIS | 95823 |
| 6/17/2011 7:02:59 PM | Western Union | $50.00 | 33303811 | THOMAS | 94589 |
| 6/8/2011 8:55:34 AM | Payroll - IPP | $13.20 | KIPP0511 | | |
| 6/7/2011 2:03:30 PM | Western Union | $35.00 | 33303011 | GREY | 94531 |
| 6/6/2011 5:03:02 AM | Western Union | $100.00 | 33317711 | HARRIS | 95823 |
| 6/1/2011 5:02:43 AM | Western Union | $100.00 | 33317411 | DAVIS | 94510 |
| 5/23/2011 12:03:34 PM | Western Union | $100.00 | 33316711 | HARRIS | 95823 |
| 5/13/2011 5:02:26 AM | Western Union | $50.00 | 33316111 | HARRIS | 95823 |
| 5/8/2011 11:02:54 AM | Western Union | $50.00 | 33315711 | HARRIS | 95823 |
| 5/6/2011 10:56:48 AM | Payroll - IPP | $12.60 | KIPP0411 | | |
| 5/2/2011 12:04:04 PM | Western Union | $60.00 | 33315211 | HARRIS | 95823 |
| 4/20/2011 5:03:00 PM | Western Union | $141.05 | 33314411 | DAVIS | 94510 |
| 4/17/2011 1:02:56 PM | Western Union | $60.00 | 33314211 | HARRIS | 95823 |
| 4/12/2011 5:02:35 AM | Western Union | $75.00 | 33313811 | HARRIS | 95823 |

1 2

