IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2573 |
| | § | (Criminal Number H-08-569-02) |
| MALON JACKSON, | § | |
| | § | |
| Defendant/Movant. | § | |

## ORDER

Pending before this court is an Application to Proceed in Forma Pauperis on appeal filed by the petitioner. Attached to the motion is a printout of the petitioner's inmate trust account history indicating that the prisoner account received approximately $ 3000 during the eight month period preceding the application.

The court **DENIES** the petitioner permission to proceed as a pauper because he is capable paying entire appellate filing fee. See Williams v. Estelle, 681 F.2d 946 (5th Cir. 1982); United States v. Freeman, 2010 WL 4363884, *2 (E.D.La. Oct 21, 2010).

The petitioner is **ORDERED** to pay $ 455.00 to the clerk of this court within thirty days of the date of this Order. The petitioner is instructed to write the cause number of this action on the check or money order.

The Application (Docket Entry No. 252) is **DENIED**.

**SIGNED** at Houston, Texas, on this ___ day of March, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE